Entered: May 18, 2010
Signed: May 17, 2010
**SO ORDERED**
**To and including June 1, 2010.**



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| Gail  Arwinthia McClelland | * | Case No.    10-19937-DWK |
| | * | Chapter    13 |
| | * | |
| | * | |
| Debtor(s) | * | |

### NOTICE AND ORDER EXTENDING TIME TO FILE STATEMENT OF
### FINANCIAL AFFAIRS, SCHEDULES AND CHAPTER 13 PLAN

The Debtor(s)' motion to extend the filing date having been considered, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which the Debtor(s) shall file the Statement of Financial Affairs, Schedules and  Chapter 13 Plan,  is extended to the date designated above; and it is further

ORDERED, that when they are filed,  the Debtor(s) shall (1) certify service on all creditors of the Chapter 13 Plan and (2) certify service on the Chapter 13 Trustee of a copy of the Statement of Financial Affairs, Schedules, Chapter 13 Plan; and

DEBTOR(S) IS/ARE HEREBY NOTIFIED that failure to complete the required filings within the extended time allowed by this Order may result in dismissal of this case.

cc:    Debtor(s)
       Debtor(s)' Counsel - Pro Se
       Chapter 13 Trustee

Exten-22.7 --  5/23/06(mmr**)

**End of Order**